## JACOB BLOCK ET AL.
## v.
## MAX REHFELD.

*Practice.*

The evidence having been conflicting, this court declines to interfere with the verdict in the case presented.

[Opinion filed January 16, 1891.]

APPEAL from the Superior Court of Cook County; the Hon. ELLIOTT ANTHONY, Judge, presiding.

Messrs. BLUM & BLUM, for appellants.

Mr. B. M. SHAFFNER, for appellee.

WATERMAN, J.   This action was begun before a justice of the peace; after trial and judgment there it was appealed to the Superior Court, and a trial *de novo* was heard; from the judgment of that court this appeal is prosecuted.

The case was one in which there was a dispute as to the facts, and it is because it is insisted that the jury came to a wrong conclusion as to the facts, that we are asked to reverse the judgment below.

We are by no means sure that appellee should have had a finding in his favor, but we see no sufficient reason for overturning the verdict of the jury, and the judgment of the court is therefore affirmed.

*Judgment affirmed.*